WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Sean N. Payne, Esq.
Nevada Bar No. 13216
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
esmith@wrightlegal.net
spayne@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| RANDALL G. SOTKA,<br><br>         Plaintiff,<br><br>   vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br>BAYVIEW LOAN SERVICING, LLC, and<br>SELECT PORTFOLIO SERVICING, INC.,<br>         Defendants. | Case No.:   2:16-cv-00550-RFB-PAL<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE RESPONSIVE PLEADING** |

Defendant, Select Portfolio Servicing, Inc. ("SPS"), and Plaintiff, Randall G. Sotka ("Plaintiff"), by and through their respective counsel of record, hereby stipulate to extend the deadline for SPS to respond to Plaintiff's Complaint for Damages Pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ("Complaint") from April 5, 2016 to **April 19, 2016**.

SPS and Plaintiff seek additional time to discuss the issues raised in the Complaint, and to engage in good faith settlement negotiations. At this early stage in the litigation, no prejudice will result from the extension.

| | |
|---|---|
| DATED this 4th day of April, 2016<br><br>SPARTAN LAW, LLC<br><br>*/s/ Danny J. Horen*<br>_____ | DATED this 4th day of April, 2016<br><br>WRIGHT, FINLAY & ZAK, LLP<br><br>*/s/ Sean N. Payne*<br>_____ |

| Danny J. Horen, Esq.<br>7854 W. Sahara Avenue<br>Las Vegas, NV 89117<br>(702) 625-1539<br>*Attorney for Randall G. Sotka* | Sean N. Payne, Esq.<br>7785 W. Sahara Ave, Suite 200<br>Las Vegas, NV 89117<br>(702) 475-7964<br>*Attorney for Select Portfolio Servicing, Inc.* |
|---|---|

**IT IS SO ORDERED.**

Dated this __5th___ day of April, 2016.

_____
**RICHARD F. BOULWARE, II**
United States District Judge

Respectfully Submitted by:

_____
Sean N. Payne, Esq.
Nevada Bar No. 13216
7785 W. Sahara Ave, Suite 200
Las Vegas, NV 89117
(702) 475-7964
*Attorney for Select Portfolio Servicing, Inc.*