ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
MILES N. CLARK, ESQ.
Nevada Bar No. 13848
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: miles.clark@akerman.com

*Attorneys for Defendant Bayview Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RANDALL G. SOTKA,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, BAYVIEW LOAN SERVICING, LLC, and SELECT PORTFOLIO SERVICING, LLC,<br><br>　　　　　Defendants. | Case No. 2:16-cv-00550-RFB-PAL<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR BAYVIEW TO PLEAD OR OTHERWISE RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　　Plaintiff Randall G. Sotka's (**Plaintiff**) and Defendant Bayview Loan Servicing, LLC (**Bayview**) stipulate as follows:

　　　　1.　　Bayview's time to plead or otherwise respond is extended until April 22, 2016. This additional time is necessary for Bayview to evaluate Plaintiff's claims.

*//*

*//*

*//*

*//*

*//*

*//*

*//*

{38037629;1}

2. This is the first request for an extension, and is not made for purposes of delay.

| | |
|---|---|
| Dated this 8th day of April, 2016. | Dated this 8th day of April, 2016. |
| **AKERMAN LLP** | **SPARTAN LAW, LLC** |
| */s/ Miles N. Clark*<br>MELANIE D. MORGAN, ESQ.<br>Nevada Bar No. 8215<br>MILES N. CLARK, ESQ.<br>Nevada Bar No. 13848<br>1160 Town Center Drive, Suite 330<br>Las Vegas, Nevada 89144 | */s/ Danny J. Horen*<br>DANNY J. HOREN, ESQ.<br>Nevada Bar No. 13153<br>7854 West Sahara Avenue<br>Las Vegas, NV 89117 |
| *Attorneys for Defendant Bayview Loan Servicing, LLC* | *Attorney for Plaintiff* |

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 25, 2016

{38037629;1}  2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 8th, 2016, and pursuant to Fed. R. Civ. P. 5(b), I served via the CM/ECF electronic filing system a true and correct copy of the foregoing, **STIPULATION AND ORDER EXTENDING TIME FOR BAYVIEW TO PLEAD OR OTHERWISE RESPOND TO COMPLAINT (FIRST REQUEST)** addressed to:

Danny Horen
SPARTAN LAW
7854 W. Sahara Avenue
Las Vegas, NV 89117

Tara D Newberry
CONNAGHAN NEWBERRY LAW FIRM
7854 W. Sahara Avenue
Las Vegas, NV 89117

*Attorneys for Plaintiff*

Sean N. Payne
Edgar C Smith
Dana Jonathon Nitz
WRIGHT FINLAY & ZAK, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117

*Attorneys for Defendant Select Portfolio Servicing, Inc.*

                                             */s/ Michael Hannon*
                                             An employee of AKERMAN LLP

{38037629;1}    3