WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Sean N. Payne, Esq.
Nevada Bar No. 13216
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7967; Fax: (702) 946-1345
esmith@wrightlegal.net
spayne@wrightlegal.net
*Attorneys for Defendant, Select Portfolio Servicing, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RANDALL G. SOTKA,<br><br>  Plaintiff,<br><br>  vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, BAYVIEW LOAN SERVICING, LLC, and SELECT PORTFOLIO SERVICING, INC.,<br>  Defendants. | Case No.:   2:16-cv-00550-RFB-PAL<br><br>**STIPULATION AND ORDER EXTENDING DEADLINE TO FILE RESPONSIVE PLEADING**<br><br>**(Second Request)** |

Defendant, Select Portfolio Servicing, Inc. ("SPS"), and Plaintiff, Randall G. Sotka ("Plaintiff"), by and through their respective counsel of record, hereby stipulate to extend the deadline for SPS to respond to Plaintiff's Complaint for Damages Pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681, et seq. ("Complaint") from April 19, 2016 to **May 17, 2016**.

SPS and Plaintiff are still engaged in good faith settlement negotiations to resolve Plaintiff's claims against SPS, and additional time is needed to reach an agreement.  At this early

///
///
///
///
///

1  stage in the litigation, no prejudice will result from the extension.

2

| 3 | DATED this 18th day of April, 2016 | DATED this 18th day of April, 2016 |
|---|---|---|
| 4 | SPARTAN LAW, LLC | WRIGHT, FINLAY & ZAK, LLP |
| 5 | /s/Danny J. Horen, Esq. | /s/Sean N. Payne, Esq. |
| 6 | Danny J. Horen, Esq.<br>7854 W. Sahara Avenue | Sean N. Payne, Esq.<br>7785 W. Sahara Ave, Suite 200 |
| 7 | Las Vegas, NV 89117<br>(702) 625-1539 | Las Vegas, NV 89117<br>(702) 475-7964 |
| 8 | *Attorney for Randall G. Sotka* | *Attorney for Select Portfolio Servicing, Inc.* |

13    **IT IS SO ORDERED.**

14    Dated this 25th day of April, 2016.

17                                                        U.S. MAGISTRATE JUDGE

19  Respectfully Submitted by:

20  /s/Sean N. Payne, Esq.

21  Sean N. Payne, Esq.
    Nevada Bar No. 13216
22  7785 W. Sahara Ave, Suite 200
    Las Vegas, NV 89117
23  (702) 475-7964
    *Attorney for Select Portfolio Servicing, Inc.*