UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RANDALL G. SOTKA,<br><br>   Plaintiff,<br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, et al.<br><br>   Defendants. | Case No. 2:16-cv-00550-RFB-PAL<br><br>ORDER |

Before the court is the parties' Notice of Settlement (Dkt. #20) filed May 1, 2016. The parties advise that a settlement has been reached between Plaintiff and Defendant Select Portfolio Servicing, Inc. The parties anticipate 30 days to complete settlement documents. Accordingly,

**IT IS ORDERED** that Plaintiff and Defendant Select Portfolio Servicing, Inc. shall have until **June 2, 2016**, to file a stipulation to dismiss or a joint status report advising when the stipulation will be received.

DATED this 9th day of May, 2016.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE

1