Paul Connaghan, Esq.
NV Bar No. 3229
Tara Newbery, Esq.
NV Bar No. 10696
Connaghan | Newberry
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: (702) 608-4232
Facsimile: (702) 946-1830
pconnaghan@cnlawlv.com
tnewberry@cnlawlv.com

Danny J. Horen
NV Bar No. 13153
Spartan Law, LLC
7854 W. Sahara Avenue
Las Vegas, NV 89117
Telephone: 702.625.1539
Facsimile: 702.548.4459
danny@spartanlaw.us

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| **RANDALL G. SOTKA,** | **Case No.:** 2:16-cv-00550-RFB-PAL |
| Plaintiff, | |
| vs. | **NOTICE OF SETTLEMENT** |
| **EQUIFAX INFORMATION SERVICES LLC, et al.,** | |
| Defendants. | |

**NOTICE OF SETTLEMENT**

**NOTICE IS HERBY GIVEN** that the dispute between RANDALL G. SOTKA ("Plaintiff") and Defendant BAYVIEW LOAN SERVICING, LLC. ("Bayview") has been resolved on an individual basis. Plaintiff and Bayview anticipate filing a Stipulation for Dismissal as to the named Plaintiff's claims against Bayview, with Prejudice, within 30 days. Plaintiff requests that all pending dates and filing requirements pertaining to Bayview be vacated and that the Court set a deadline on or after August 18, 2016 for filing a Dismissal of Bayview or a Status Report.

Dated: July 18, 2016

RESPECTFULLY SUBMITTED,

By: /s/ Danny J. Horen
DANNY J. HOREN
ATTORNEY FOR PLAINTIFF

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
United States District Judge

DATED this 27th day of July, 2016.

## **PROOF OF SERVICE**

Pursuant to LR 5-1, I hereby certify that on the 18th day of July 2016, service of the foregoing ***NOTICE OF SETTLEMENT*** was served via ECF, E-mail and US Mail to Defendant's counsel, addressed as follows:

| Counsel of Record | Email/Fax | Party |
|---|---|---|
| Miles Clark<br><br>AKERMAN LLP<br>1160 Town Center Drive, Suite 330<br>Las Vegas, NV 89144 | Miles.clark@akerman.com<br><br>f: (702) 380-8572 | Defendant<br><br>Bayview Loan Servicing, LLC |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is a true and correct statement and that this Certificate was executed on the aforementioned date above.

BY:  /S/ DANNY J. HOREN
DANNY HOREN
ATTORNEY FOR PLAINTIFF
