ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, NV 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
         natalie.winslow@akerman.com

*Attorneys for Defendant Bayview Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| RANDALL G. SOTKA,<br><br>                    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, BAYVIEW LOAN SERVICING, LLC, and SELECT PORTFOLIO SERVICING, LLC,<br><br>                    Defendants. | Case No.: 2:16-cv-00550-RFB-PAL<br><br>**NOTICE OF DISASSOCIATION** |

Defendant Bayview Loan Servicing, LLC (**Bayview**) hereby provides notice Miles N. Clark, Esq., is no longer associated with the law firm of Akerman LLP. **Bayview** requests Mr. Clark be removed from the CM/ECF service list.

Akerman LLP will continue to represent **Bayview** and requests Ariel Stern, Esq. and Natalie L. Winslow, Esq. receive all future notices.

Respectfully submitted, this 29th day of August, 2016.

**AKERMAN LLP**

/s/ *Ariel Stern*
ARIEL STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144

{39179032;1}                    1

*Attorneys for Defendant*
*Bayview Loan Servicing, LLC*

**COURT APPROVAL**

IT IS SO ORDERED.

Date: September 22, 2016

_____
UNITED STATES MAGISTRATE JUDGE

AKERMAN LLP
1160 TOWN CENTER DRIVE, SUITE 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572

{39179032;1}   2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the this 29th day of August, 2016, service of the foregoing **NOTICE OF DISASSOCIATION**, was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties.

*/s/ Michael Hannon*
An employee of AKERMAN LLP